Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno:  Nicolas Roos/Alison Moe/Robert Sobelman 212-637-2421/2225/2616

U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

2020 AUG 21  AM 8: 16

for the

Southern District of New York

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  20 Cr.  **20 cr 412** |
| Timothy Shea | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Timothy Shea _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. 1349 (conspiracy to commit wire fraud) and 1956(h) (conspiracy to commit money laundering)

Date:  _____08/17/2020_____                    _____
                                                          *Issuing officer's signature*

City and state:    White Plains, New York _____          ___Hon. Lisa Margaret Smith, U.S. Magistrate Judge___
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  _8/17/2020_ , and the person was arrested on *(date)*  _8/20/2020_ at *(city and state)*  _Castle Rock, CO_ . |
| Date:  _8/20/2020_                    _____<br>                                          *Arresting officer's signature* |
| Melissa Atkin, Postal Inspector<br>*Printed name and title* |